IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 SEP 25 P 2: 45

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| DON R. KICKLIGHTER, | * |
| Plaintiff | * |
| v. | * Case Number: CV205-77 |
| DAVID HERRIN (Former Sheriff of Wayne County), JOHN CARTER (Sheriff of Wayne County and former Deputy Sheriff), JOE NAIA (Deputy Sheriff of Wayne County), RICHARD DIAL (Georgia Bureau of Investigations Agent), REBECCA LEAR (Georgia Bureau of Investigations Agent), MICHAEL MURPHY (Georgia Bureau of Investigations Agent), WALT SHAW (Georgia Bureau of Investigations Agent), and JIM TURNER (Georgia Bureau of Investigations Agent), Individually and in their official capacities as law enforcement officers for their respective agencies: THE WAYNE COUNTY SHERIFF'S OFFICE AND/OR THE GEORGIA BUREAU OF INVESTIGATIONS, | * |
| Defendants | * |

**ORDER**

The Motion to Extend Time for filing Joint Status Report having been read and considered, it is hereby **GRANTED**. The parties shall have until October 3, 2006 to file the Joint Status Report.

This 25th day of September, 2006.

Magistrate, United States District Court
Southern District of Georgia